UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN ADMIRALTY**

IN THE MATTER OF **MISENER MARINE CONSTRUCTION, INC.** FOR EXONERATION FROM OR LIMITATION OF LIABILITY AS OWNER OF THE M-2101, OFFICIAL NO.: 607884,

CASE NO: 8:05-CV-91-T30-TBM

    Complainant.

_____/

## ORDER OF GENERAL DEFAULT

A Complaint for Exoneration from or Limitation of Liability (the "Complaint") having been filed herein on 14 January 2005 by Limitation Plaintiff Misener Marine Construction, Inc. ("Misener Marine");

**AND** Order having been duly issued and entered on 4 February 2005 against all persons asserting claims arising out of an incident involving the M-2101 that allegedly occurred on or 16 July 2004 while the M-2101 was secured off of a beach on Mustique Island, St. Vincent and the Grenadines, citing and requiring all persons to appear before the court and file their respective claims in writing, and to serve copies thereof on the attorneys for Misener Marine and to answer the allegations of the limitation complaint on or before 6 May 2005;

**AND** notice of this action having been duly published to all persons asserting claims with respect to which Misener Marine seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of the Court and to serve on the attorneys for Misener Marine a copy thereof on or before 6 May 2005, and the time for submitting claims have expired now on Motion for General Default (Dkt. #15) of Misener Marine, it is:

**ORDERED AND ADJUDGED** that:

1. The Motion for General Default (Dkt. #15) is GRANTED.

2. The default of any person or entity claiming damages for any loss or injury occasioned or resulting from or consequent to the incident involving the M-2101 that allegedly occurred on 16 July while the M-2101 was secured off of a beach on Mustique Island, St. Vincent and the Grenadines, who have not heretofore filed and presented claims, shall be entered, and that the persons or entities in default are hereby barred from filing any claims in this or any other proceeding.

**DONE** and **ORDERED** in Tampa, Florida on June 7, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Conformed copies to:
Counsel/Parties of Record

Eddie G. Godwin, Esq.
David W. McCreadie, Esq.
LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.
100 South Ashley Drive, Suite 1700
Tampa, Florida  33602
Attorneys for Limitation Plaintiff
Misener Marine Construction, Inc.

Roger Aloysius Vaughan, Jr.
Roger Aloysius Vaughan, III
WAGNER, VAUGHAN & McLAUGHLIN, P.A.
708 East Jackson Street
Tampa, Florida 33602

S:\Odd\2005\05-cv-91.Order General Default.wpd