**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In Re:**

**Misener Marine Construction, Inc.**
**for exoneration from or limitation of liability**
**as owner of the M-2101, Official No.: 607884**

                                                 **Case No. 8:05-cv-91-T-30TBM**

_____/

## ORDER

      THIS CAUSE comes before the Court upon Claimant's Unopposed Motion to Stay Limitation of Liability Action and to Lift Injunction Restraining Actions Against Petitioner (Dkt. #22). Upon review and consideration, it is

      ORDERED AND ADJUDGED that:

      1.    Claimant's Unopposed Motion to Stay Limitation of Liability Action and to Lift Injunction Restraining Actions Against Petitioner (Dkt. #22) is **GRANTED**.

      2.    The Clerk is directed to ADMINISTRATIVELY CLOSE this case.

      3.    When the state court lawsuit related to this matter is concluded, the parties may file an appropriate motion seeking to reopen this case.

      **DONE** and **ORDERED** in Tampa, Florida on August 23, 2005.

                                                          JAMES S. MOODY, JR.
                                                         UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record